# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO: 3:16-bk-02889 |
| **Gerald Joseph Stanley, Sr.** | ) | |
| xxx-xx-9200 | ) | CHAPTER 13 |
| | ) | |
| **Debtor** | ) | JUDGE |
| | ) | |

## DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

Comes Gerald Joseph Stanley, Sr., by and through counsel, and pursuant to 11 U.S.C. §1307(b), hereby elects to dismiss the above-captioned case. The Debtor is entitled to dismiss the case because:

1. This case, filed on April 22, 2016, is a case under chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted under section 706 or 1112 of the Bankruptcy Code.

        Respectfully submitted,

        **/s/L.G. Burnett, Jr.**
        **L.G. Burnett, Jr. Reg. #6463**
        Attorney for Debtor
        302 42nd Ave. No.
        Nashville, Tennessee 37209
        (615) 386-0075 phone (615) 864-8419 fax
        ecfmail@tennessee-bankruptcy.com